# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **ARMANDO JESUS TORRES MEDINA,** Plaintiff, v. **EVAN TJADEN, et. al.,** Defendants. | **ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** **Case No. 2:26-cv-00195** **District Court Judge Jill N. Parrish** **Magistrate Judge Dustin B. Pead** |

Pursuant to 28 U.S.C. § 2241, Plaintiff Armando Jesus Torres Medina has filed a motion for a writ of habeas corpus to challenge his detention without bond by U.S. Immigration and Customs Enforcement ("ICE").[1] Under federal law the court may "appoint counsel for an applicant who is or becomes financially unable to afford counsel."[2] Here, Plaintiff is financially unable to afford counsel and has been granted leave to proceed in forma pauperis.[3]

Upon review, IT IS HEREBY ORDERED that Plaintiff's Motion to Appoint Counsel is GRANTED and attorney Benjamin C. McMurray of the Federal Defendant Office is appointed as counsel.[4]

---

[1] 28 U.S.C. § 2241, Power To Grant Writ.

[2] 28 U.S.C. § 2254(h); 18 U.S.C. § 3006A(a)(2)(B) ("Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2245 or 2255 of title 28.").

[3] ECF No. 13, Order granting Motion to Proceed In Forma Pauperis.

[4] ECF No. 5, Plaintiff's Motion to Appoint Counsel.

1

DATED this 10th day of March, 2024.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge